UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CIVIL ACTION

VERSUS

NUMBER 12-783-SDD-SCR

STANLEY W. WARE

### NOTICE

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, June 17, 2013.

                                STEPHEN C. RIEDLINGER
                                UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

STANLEY W. WARE

CIVIL ACTION

NUMBER 12-783-SDD-SCR

**MAGISTRATE JUDGE'S REPORT**

A hearing was held on the Petition to Enforce Internal Revenue Service Summons. Record document number 1. Defendant Stanley W. Ware appeared for the hearing, provided background information regarding the failure of his business which led to the issuance of the Internal Revenue Summons by Revenue Officer Brent Schouest, and confirmed that he received the summons. Defendant explained that he intended to contact Schouest but did not have Schouest's telephone number, and that some of the records needed to respond to the summons were in the possession of his accountant. However, the defendant offered no information sufficient to find good cause for his failure to comply with the summons. Defendant advised that he would confer with counsel for the plaintiff after the hearing to arrange for a time to meet with Schouest.

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the Petition to Enforce Internal Revenue Service Summons be granted. It is further recommended that the court issue an order for

defendant Stanley W. Ware to appear for a date and time certain before Internal Revenue Summons by Revenue Officer Brent Schouest to testify and produce the documents described in the Internal Revenue Summons issued May 22, 2012.[1]

Baton Rouge, Louisiana, June 17, 2013.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff advised that Schouest suggested July 9, July 11 after 1:00 p.m., or a date thereafter.